# In the United States Court of Federal Claims

Dr. AHMAD ALJINDI

Plaintiff(s),

v.

THE UNITED STATES,

Defendant.

Case No. 21-1295 C

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.,* 28 U.S.C. §§ 1491-1509).

Venue is proper as the United States Court of Federal Claims has jurisdiction. See 28 U.S. Code § 1491 (a) (1) (2) - (b) (1) (2) (3) (4) (5).

28 U.S. Code § 1491(b) (3) In exercising jurisdiction under this subsection, the courts shall give due regard to the interests of national defense and national security and the need for expeditious resolution of the action.

2. **PARTIES**

Plaintiff, Dr. AHMAD ALJINDI, resides at PO Box 60753
(Street Address)

Irvine, CA 92602 , 951-742-9773
(City, State, ZIP Code)    (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

N/A

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?    ◯ Yes ●No

If yes, please list the case(s) below, including case number(s):

3. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

See attached formal correspondence to the White House and President Joe Biden dated 02/02/2021. See long list of related and abused lawsuit cases in Federal Courts. The most recent lawsuit cases in: United States Court of Appeals for the Ninth Circuit case number 21-55166. United States District Court - Central District of California - Southern Division case number 8:20-cv-00796-PSG-DFM. United States Court of Appeals for the Ninth Circuit case number 20-55688. Supreme Court Case 19-7708. First Cause of Action: employment discrimination by the federal government because Plaintiff was not hired for federal positions. Second Cause of Action: theft of Plaintiff's intellectual property by the Department of Defense because it used Plaintiff's scientific work about "Information Security, Artificial Intelligence (AI), and Legacy Information Systems (LIS)" without giving him credit. Third Cause of Action: negligence and tort, based on the conduct described in the first two causes of action as Defendants refused to allow the aggrieved Plaintiff to file administrative claims and ignored his formal complaints submitted for years. Please take formal notice of the ongoing judicial corruption, abuse, and torture in addition to Defendants abuse and torture. Also, please take formal notice of the top secret and classified information related to COVID-19 and the documented evidences and recorded confessions about who created the Corona virus Pandemic. The undersigned is entitled for his Constitutional Relief as formally documented and proven in abused case number 8:20-cv-00796-PSG-DFM. Please GRANT the Constitutional Relief immediately for the best interest of justice.

4. **RELIEF.** Briefly state exactly what you want the court to do for you.

<u>$32.7 Million for Employment Discrimination + Maximum monetary Constitutional Relief for the intellectual property and copyrights laws violations, negligence, and tort as formally documented and as deemed appropriate by the Honorable Court.</u>

I declare under penalty of perjury that the foregoing is true and correct.

Signed this <u>22</u> day of <u>April</u>, <u>2021</u>.
 (day)          (month)          (year)

*Dr. AHMAD ALJINDI*
_____
Signature of Plaintiff(s)